No. 414. UNITED STATES EX REL. KESSLER ET AL. *v.* WATKINS, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION. Certiorari denied. Relators *pro se. Solicitor General Perlman, Herbert A. Bergson* and *Samuel D. Slade* for respondent. 

No. 92. COGER *v.* NEW YORK. Certiorari denied. Petitioner *pro se. J. Irwin Shapiro* for respondent.

No. 86, Misc. BOWERY *v.* HARTFORD ACCIDENT & INDEMNITY Co. Certiorari denied. *C. W. Prince* for petitioner. *William S. Hogsett* and *Hale Houts* for respondent. 

No. 92, Misc. GREEN *v.* SCHILDER, WARDEN. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Frederick Bernays Wiener, Robert S. Erdahl* and *Philip R. Monahan* for respondent. 

No. 124, Misc. ANDERSON *v.* OFFICIAL SHORTHAND REPORTER OF THE CRIMINAL COURT OF COOK COUNTY, ILLINOIS. Certiorari denied.

No. 144, Misc. LANE *v.* C. S. SMITH METROPOLITAN MARKET Co. Certiorari denied. 

No. 173, Misc. MEYERS *v.* RAGEN, WARDEN. Certiorari denied.

No. 174, Misc. DODSON *v.* RAGEN, WARDEN. Certiorari denied.